UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CRUZ VELAZQUEZ-ACEVEDO, by and through its representative, MARCELINO VELAZQUEZ PEREZ, and MARCELINO VELAZQUEZ PEREZ in his own right,<br><br>                    Plaintiffs,<br>     v.<br><br>UNITED STATES OF AMERICA, ADRIAN PERALLON, VALERIE BAIRD, and DOES 1-50, INCLUSIVE,<br><br>                    Defendants. | Case No.: 14cv2527-GPC (BLM)<br><br>ORDER FOR SUBSTITUTION |

The Court having been fully apprised that the Attorney General's designee has certified that the individual Defendants Adrian Perallon and Valerie Baird were acting within the scope of their employment at the time of the incident giving rise to the common law tort allegations contained in Plaintiff's Second Amended Complaint, and the Court having been apprised of the substitution of the United States of America pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988, 102 Stat, 4563 (1988), codified at 28 U.S.C. § 2679, it is hereby ORDERED:

Pursuant to the provisions of 28 U.S.C. § 2679(b)(2) and § 2679(d)(2), Plaintiff's common law tort claims (the Fifth, Sixth, Seventh, and Eighth Causes of Action) asserted against individual Defendants Adrian Perallon and Valerie Baird in the Second Amended Complaint are hereby DISMISSED WITH PREJUDICE, as to those Defendants, on the ground that the exclusive remedy for these claims is an action against the United States of America and the United States of America has been substituted as the sole defendant on these claims.

Dated: January 7, 2016

Hon. Gonzalo P. Curiel
United States District Judge