Eugene G. Iredale, SBN: 75292
Julia Yoo, SBN: 231163
Grace Jun, SBN: 287973
IREDALE and YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL:  (619) 233-1525     FAX:   (619) 233-3221

Attorneys for Plaintiffs Estate of Cruz Velazquez Acevedo *et al.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Gonzalo P. Curiel)

| | |
|---|---|
| THE ESTATE OF CRUZ VELAZQUEZ ACEVEDO, by and through its successor-in-interest, Marcelino Velazquez Perez, and MARCELINO VELAZQUEZ PEREZ in his own right,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ADRIAN PERALLON, VALERIE BAIRD, and DOES 1-50, INCLUSIVE,<br><br>　　　　　　　Defendants. | CASE NO.:  14-CV-2527 GPC (BLM)<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiffs Estate of Cruz Velazquez and Marcelino Velazquez provide this notice that the case has been settled by all parties. Under the terms of the settlement agreement, Plaintiffs will move to dismiss this action with prejudice as to all defendants upon receipt of the settlement amount.

1
2  DATED January 10, 2017
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

IREDALE & YOO, APC


*s/ Eugene Iredale*
EUGENE IREDALE
JULIA YOO
GRACE JUN
Attorneys for Plaintiffs